ACCEPTED
03-14-00479-CV
4087346
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 11:04:54 AM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS FOR THE
THIRD JUDICAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/10/2015 11:04:54 AM

JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **KIM BLACKSTON CLOGSTON** | § | |
| | § | |
| | § | |
| **V.** | § | Case No. 03-14-00479-CV |
| | § | |
| **CURTIS P. CLOGSTON** | § | |
| | § | |

## MOTION TO EXTEND TIME TO FILE
## APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Kim Blackston Clogston, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure and Rule 10.5 (b) of the Texas Rules of Appellate Procedure on Motions to Extend Time, and for good cause shows the following:

1.      This case is on appeal from the 421st Judicial District Court of CALDWELL County, Texas.

2.      The case below was styled the KIM BLACKSTON CLOGSTON V CURTIS P. CLOGSTON, and numbered 05 D 540.

3.      Appellee is Curtis P. Clogston.

4.      Notice of appeal was given on OCTOBER 1, 2014.

5.     Appellant requests an extension of time of 30 days from the present date, i.e. February 9, 2015.

6.     No extension to file the brief has been received in this cause.

Appellant counsel presents this motion because of 1) events that prevented him from filing the Appellant's brief by December 19, 2014, which include not receiving proper electronic notice of the deadline to file the Appellant's Brief. Appellant's counsel is researching this error to ensure he receives all future correspondence.     2) Appellant's attorney and the associate for Appellant's attorney who is assisting with the brief, has been in and out of the hospital due to ongoing medical issues associated to her high-risk pregnancy.   3) The clerk's record and reporter's record were requested timely but only recently received the records on Friday, February 6, 2015 due to a delay unknown to our office.

Appellant represents that he has exercised diligence and will file the Appellant's Brief within the time requested.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court enter an order extending the due date for filing the Appellant's Brief to March 9, 2015.

Respectfully submitted,
Sergi and Associates P.C.

By: _/s/ David Sergi_
    David K. Sergi
    State Bar No. 18036000

2

329 South Guadalupe Street
San Marcos, Texas 78666
Tel: 512 392 5010
Fax: 512 392 5042
E-Mail: david@sergilaw.com

**ATTORNEY FOR**
**KIM BLACKSTON CLOGSTON**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.5(b) I certify that my staff has conferred with Henry Newton Bell, III, counsel for Appellee and have been informed that Appellee does oppose our Motion to Extend Time to File Appellant's Brief.

*/s/ David Sergi*
David K. Sergi

## CERTIFICATE OF SERVICE

This is to certify that on February 10, 2015, a true and correct copy of the above and foregoing document was served on the following:

***VIA FACSIMILE (512) 458-2354***
Mr. Henry Newton Bell, III
6000 N. Lamar Blvd., Ste. 210
Austin, Texas 78752

*/s/ David Sergi*
David K. Sergi